UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW JERSEY, STATE OF NEW YORK, and STATE OF CONNECTICUT,<br>　　　　　　　　Plaintiffs,<br>　　　v.<br><br>STEVEN T. MNUCHIN, in his official capacity as Secretary of the United States Department of the Treasury; CHARLES P. RETTIG, in his official capacity as Commissioner of the Internal Revenue Service; UNITED STATES DEPARTMENT OF THE TREASURY and INTERNAL REVENUE SERVICE,<br>　　　　　　　　Defendants. | **ORDER**<br><br>19 Civ. 6642 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the following briefing schedule shall apply to the parties' motions to dismiss and for summary judgment:

- The Government's combined motion to dismiss and motion for summary judgment, along with the administrative record, is due by **December 20, 2019**;

- Plaintiffs' opposition to the Government's motions and Plaintiffs' cross-motion for summary judgment are due by **January 31, 2020**;

- The Government's reply in support of its motions and its opposition to Plaintiffs' cross-motion are due by **February 28, 2020;**

- Plaintiffs' reply in support of their cross-motions is due **March 20, 2020**.

Dated: New York, New York
　　　　November 7, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge