

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

## State of New Jersey
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO Box 112
TRENTON, NJ 08625-0112

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Director*

February 18, 2020

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

     Re:    *Village of Scarsdale v. Internal Revenue Service et al.*, No. 19 Civ. 6654 (PGG);
              *State of New Jersey et al. v. Mnuchin et al.*, No. 19 Civ. 6642 (PGG)

Dear Judge Gardephe:

     This Office represents the State of New Jersey in *State of New Jersey et al. v. Mnuchin*, No. 19 Civ. 6642. I am writing on behalf of the Plaintiffs in the two above-captioned matters to request a supplemental briefing schedule for third-party amicus curiae briefs. Plaintiffs request that any third-party amicus curiae briefs, as well as motions for leave to file those briefs, be filed by Friday, February 28, 2020. The Government has no objection to this schedule.

     Plaintiffs' opposition to defendants' motions and plaintiffs' cross-motion for summary judgment is currently due this Friday, February 21, 2020. The Government's reply in support of its motions and its opposition to Plaintiffs' cross-motion is due by March 20, 2020, and Plaintiffs' reply is due by April 10, 2020. Plaintiff's request would not alter this schedule.

     We thank the Court for its consideration of this request.

                                  Respectfully,

                                  GURBIR S. GREWAL
                                  ATTORNEY GENERAL OF NEW JERSEY

             By:    ***/s/ Glenn J. Moramarco***
                      Glenn J. Moramarco
                      Assistant Attorney General



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 376-3232 • FAX: (609) 292-0690
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*