

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

# State of New Jersey
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
PO Box 112
Trenton, NJ 08625

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Director*

February 20, 2020

**BY ECF**
The Honorable Paul G. Gardephe
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *State of New Jersey et al. v. Mnuchin et al.*, No. 19 Civ. 6642 (PGG)

Dear Judge Gardephe:

On behalf of the State of New Jersey, the State of New York, and the State of Connecticut ("Plaintiffs"), we respectfully request a one-week extension of time to file Plaintiffs' memorandum of law in opposition to Defendants' omnibus motion to dismiss or, in the alternative, for summary judgment, and in support of Plaintiffs' cross-motion for summary judgment ("Memorandum of Law"), and a corresponding one-week extension for subsequent briefing deadlines. The Plaintiffs' Memorandum of Law is currently due by February 21, 2020. The Plaintiffs will not be filing consolidated briefs with the Village of Scarsdale—the plaintiff in the related action, *Village of Scarsdale v. Internal Revenue Service et al.*, No. 19 Civ. 6654 (PGG)—and Plaintiffs request this extension of time to revise their briefing accordingly.

If the Court grants this extension, Plaintiffs' Memorandum of Law would be due by February 28, 2020. Defendants' reply in support of its motions and its opposition to Plaintiffs' cross-motion would be due by March 27, 2020, and Plaintiffs' reply in support of their cross-motion would be due by April 17, 2020. This is our second request for an extension of time, and Defendants have consented to this request. The Court granted Plaintiffs' previous request.

In addition, we respectfully request an extension of the page limit for Plaintiffs' Memorandum of Law to 45 pages. Defendants do not object to this request.



February 20, 2020
Page 2

        Respectfully Submitted,

        GURBIR S. GREWAL
        ATTORNEY GENERAL OF NEW JERSEY

        By:    *Eric L. Apar*
                  Eric L. Apar
                  Deputy Attorney General

cc (via email only): Jean-David Barnea, Esq.; Rebecca Tinio, Esq.