U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

March 20, 2020

**BY ECF**
The Honorable Paul G. Gardephe
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

     Re:    *Village of Scarsdale v. Internal Revenue Service et al.*, No. 19 Civ. 6654 (PGG);
             *State of New Jersey et al. v. Mnuchin et al.*, No. 19 Civ. 6642 (PGG)

Dear Judge Gardephe:

      This Office represents the Internal Revenue Service ("IRS"); the Department of the Treasury; Charles P. Rettig, Commissioner of the IRS; and Steven T. Mnuchin, as Secretary of the Treasury, who are the defendants in both of the above-referenced related actions. The defendants write respectfully with the consent of the plaintiffs in both cases, to request an adjournment of the defendants' time to submit a combined reply and opposition brief relating to the defendants' motion to dismiss or, in the alternative, for summary judgment, and the plaintiffs' cross-motions for summary judgment. The defendants request an extension from March 27, 2020, to April 30, 2020. *See* Dkt. No. 47. The defendants make this request in light of the length and complexity of the plaintiffs' opposition/cross-motion submissions (which total approximately 125 pages), and also due to the ongoing COVID-19 crisis, which has significantly disrupted and impaired the undersigned counsel's ability to obtain consultation and review with the several agencies needed to weigh in on the defendants' position and briefing. I have conferred with counsel for the plaintiffs, who consent to this request.

      We thank the Court for its consideration of this matter.

      Respectfully,

      GEOFFREY S. BERMAN
      United States Attorney

By:    s/ Rebecca S. Tinio
      JEAN-DAVID BARNEA
      REBECCA S. TINIO
      Assistant United States Attorneys
      Tel. (212) 637-2679/2774
      Fax (212) 637-2686

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: March 23, 2020

cc:    Counsel for plaintiffs (by ECF)