April 20, 2020

**<u>VIA ECF</u>**

Re:   *Village of Scarsdale v. Internal Revenue Service et al.*, No. 19 Civ. 6654 (PGG);
       *State of New Jersey et al. v. Mnuchin et al.*, No. 19 Civ. 6642 (PGG)

Dear Judge Gardephe:

As counsel for the parties in the above-captioned related matters, we jointly submit this letter. Pursuant to Rule I(D) of the Court's Individual Rules of Practice, this letter serves as our joint request for extensions of time to file our respective responses and replies, which are currently due by April 30, 2020.

The defendants respectfully request a four-week extension of time to file their combined reply and opposition brief relating to their motion to dismiss or, in the alternative, for summary judgment, and the plaintiffs' cross-motions for summary judgement. If the Court grants this extension, the defendants' combined reply and opposition brief would be due by May 28, 2020. This is defendants' second request for an extension of time. The Court granted the previous request.

The defendants make this request in light of personal and professional obligations during the next several weeks. Additionally, personal and familial obligations of the undersigned counsel resulting from the COVID-19 crisis have required, and continue to require, attention during this period, which has increased the time needed to prepare the filings.

Additionally, the plaintiffs request a corresponding amendment to the briefing schedule. On March 20, 2020, the defendants moved for an extension of time, from March 27, 2020, to April 30, 2020, to submit their combined reply and opposition brief relating to the defendants' motion to dismiss or, in the alternative, for summary judgment, and the plaintiffs' cross-motions for summary judgment. On March 23, 2020, the Court granted the defendants' motion. In accordance with the Court's March 23, 2020 order, plaintiffs' replies in support of their cross-motions for summary judgment are due on April 30, 2020, the same day as defendants' reply and opposition briefs under the reset filing schedule. The briefing schedule preceding defendants' March 20, 2020 motion for an extension of time allowed plaintiffs three weeks to file their replies to defendants' opposition. Accordingly, the plaintiffs respectfully request a commensurate period in which to file their replies according to the new briefing timeline. If the Court grants this motion, the plaintiffs' replies would be due by June 18, 2020, which is three weeks after the defendants' extended deadline. This extension would realign the previously agreed upon filing schedule with the defendants' extended deadline.

Defendants' combined reply and opposition brief is now due by May 28, 2020.  Plaintiffs' replies are now due by June 18, 2020.

SO ORDERED.

*Paul G. Gardephe* (signature)

_____
Paul G. Gardephe
United States District Judge
April 22, 2020

April 20, 2020
Page 2

We thank the Court for its consideration and understanding of this matter.

Respectfully,

GEOFFREY S. BERMAN                                  BAKER & MCKENZIE LLP
United States Attorney

By:    /s/ Rebecca S. Tinio                         /s/ Mireille R. Oldak
       JEAN-DAVID BARNEA                            Daniel A. Rosen
       REBECCA S. TINIO                             Mireille R. Oldak
       Assistant United States Attorneys
       Tel. (212) 637-2679 / 2774                   Tel. (212) 626-4272 / (202) 835-6176
       Fax (212) 637-2686                           Fax (202) 416-7176

       *Counsel for the defendants*                 *Counsel for the Village of Scarsdale*


GURBIR S. GREWAL
Attorney General for State of New Jersey

By:    /s/ Glenn. J. Moramarco
       Glenn J. Moramarco
       Assistant Attorney General
       Tel. (609) 376-2552

       *On behalf of all plaintiffs in State of New Jersey et al. v. Mnuchin, No. 19 Civ. 6642*