

Baker & McKenzie LLP

815 Connecticut Avenue, N.W.
Washington, DC 20006-4078
United States

Tel: +1 202 452 7000
Fax: +1 202 452 7074
www.bakermckenzie.com

**Asia Pacific**
Bangkok
Beijing
Brisbane
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur*
Manila*
Melbourne
Seoul
Shanghai
Singapore
Sydney
Taipei
Tokyo
Yangon

**Europe, Middle East & Africa**
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Barcelona
Berlin
Brussels
Budapest
Cairo
Casablanca
Doha
Dubai
Dusseldorf
Frankfurt/Main
Geneva
Istanbul
Jeddah*
Johannesburg
Kyiv
London
Luxembourg
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh*
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

**The Americas**
Bogota
Brasilia**
Buenos Aires
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Lima
Los Angeles
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre**
Rio de Janeiro**
San Francisco
Santiago
Sao Paulo**
Tijuana
Toronto
Valencia
Washington, DC

\* Associated Firm
\*\* In cooperation with Trench, Rossi e Watanabe Advogados

June 11, 2020

The Honorable Paul G. Gardephe
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: January 21, 2021

**Village of Scarsdale v. Internal Revenue Service et al., No. 19 Civ. 6654 (PGG)**
**State of New Jersey et al. v. Mnuchin et al., No. 19 Civ. 6642 (PGG)**

Dear Judge Gardephe,

Baker & McKenzie LLP represents the Village of Scarsdale in *Village of Scarsdale v. Internal Revenue Service et al.*, No. 19 Civ. 6642. I am writing on behalf of all plaintiffs in the two above-captioned matters to request a thirteen-day extension of time to file replies in support of their cross-motions for summary judgment.

On May 28, 2020, the Court granted the defendants' third request for an extension of time to file its combined reply and opposition brief relating to their motion to dismiss or, in the alternative, for summary judgment (the "Court's Order"). The defendants' combined reply and opposition brief is now due by June 10, 2020, while the plaintiff's reply due date, unchanged by the Court Order, remains June 18, 2020.

The plaintiffs respectfully request a corresponding amendment to the briefing schedule in light of the Court's Order. The briefing schedule preceding the Court's Order allowed plaintiffs three weeks to file their replies. Accordingly, the plaintiffs respectfully request a commensurate period in which to file their replies according to the new briefing timeline. If the Court grants this motion, the plaintiff's reply would be due by July 1, 2020, which is three weeks after the defendants' extended deadline. This extension would realign the previously agreed upon filing schedule with the defendants' extended deadline.

We have consulted counsel for the defendants in this case, and they do not object to this request.

Baker & McKenzie LLP is a member of Baker & McKenzie International.

We thank the Court for its consideration of this matter.

Respectfully,

Mireille R. Oldak
Partner
+1 202 835 6176
mireille.oldak@bakermckenzie.com

Cc: Counsel for defendants (by ECF)

2