

# State of New Jersey

| | | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO BOX 080<br>TRENTON, NJ 08625-0112 | GURBIR S. GREWAL<br>*Attorney General* |
| SHEILA Y. OLIVER<br>*Lt. Governor* | | MICHELLE L. MILLER<br>*Director* |

July 1, 2020

**MEMO ENDORSED**
The request for oral argument is denied. The Clerk of Court is directed to terminate the motion (Dkt. No. 63).

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge
March 16, 2021

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *State of New Jersey, et al. v. Mnuchin, et al.*,

Dear Judge Gardephe:

I write on behalf of the Plaintiff States in the above-referenced action. Given the significance of the issues raised by this case, the Plaintiff States respectfully request oral argument with respect to the dispositive motions pending before the Court.

Respectfully submitted,

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY

By:   *Eric L. Apar*
Eric L. Apar
Deputy Attorney General

cc:   Counsel for Defendants (by ECF)

