# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------X

STATE OF NEW JERSEY, STATE OF NEW
YORK, and STATE OF CONNECTICUT,

                Plaintiff,                        19 **CIVIL** 6642 (PGG)

     -against-                                <u>**JUDGMENT**</u>

STEVEN T. MNUCHIN, in his official capacity
as Secretary of the United States Department of the
Treasury, CHARLES P. RETTIG, in his official capacity
as Commissioner of the Internal Revenue Service,
UNITED STATES DEPARTMENT OF THE
TREASURY, and INTERNAL REVENUE SERVICE,

                Defendants.

-----------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 30, 2024, Defendants' motions to dismiss are granted in part and denied in part as set forth above. Defendants' motions for summary judgment are granted, and Plaintiffs' motions for summary judgment are denied. Judgment is entered for the Defendants and the case is closed.

**Dated:**  New York, New York
         March 30, 2024

                                                                **RUBY J. KRAJICK**

                                                                  **Clerk of Court**

                         **BY:**
                                                  **Deputy Clerk**